IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ROBERT T. FINDLEY, SR.                  §

VS.                                     §        CIVIL ACTION NO. 2:05cv67
                                                 CRIMINAL ACTION NO. 2:01cr16-2

UNITED STATES OF AMERICA                §

ORDER ADOPTING REPORT AND RECOMMENDATION

On February 10, 2005, Petitioner Robert Findley, Sr., an inmate confined at Federal

Medical Center, Fort Worth, Texas, brings this motion pursuant to 28 U.S.C. § 2255 to vacate,

set aside, or correct his sentence.  Pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended

Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate

Judges, the motion was referred to United States Magistrate Judge Caroline M. Craven.

The Magistrate Judge presented for consideration the Magistrate Judge's Report,

containing proposed findings of fact and recommendations for disposition of this case.  The

Report recommended dismissing the case.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and

adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Respondent's motion to dismiss (dkt#6)

is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 13th day of January, 2006.

_____

T. JOHN WARD
UNITED STATES DISTRICT JUDGE